# UNITED STATES BANKRUPTCY COURT
## Northern District of Ohio

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on August 27, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice. For more information regarding the U.S. Bankruptcy Court for the Northern District of Ohio, Local Rules, Bankruptcy Code, Forms and other information you may refer to our web page located at www.ohnb.uscourts.gov.

### See Reverse Side For Important Explanations.

| **Debtor(s) (name(s) and address):** | |
|---|---|
| Shelton Brown Hill<br>1264 Cordova<br>Akron, OH 44320 | Angelia Yvette Hill<br>1264 Cordova<br>Akron, OH 44320 |

| **All other names used by the Debtor(s) in the last 8 years (include married, maiden, and trade names):** | **Case Number:**<br>10−54072−mss |
|---|---|
| fka Angelia Yvette Clark− | **Last four digits of Social Security No./Taxpayer ID Nos.:**<br>xxx−xx−1748<br>xxx−xx−8957 |

| **Attorney for Debtor(s) (name and address):**<br>Robert M Whittington Jr<br>159 S Main St<br>Key Bldg<br>#1023<br>Akron, OH 44308−1318<br>Telephone number:  (330) 384−8484 | **Bankruptcy Trustee (name and address):**<br>Kathryn A Belfance<br>Akron<br>1 Cascade Plaza<br>15th Floor<br>Akron, OH 44308<br>Telephone number:  (330) 434−3000 |
|---|---|

### Meeting of Creditors:

Date:  **October 26, 2010**          Time:  **09:00 AM**

Location:  **First Energy Building, Atrium Level #120, 76 S Main St, Akron, OH 44308**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on the reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: **December 27, 2010**
Deadline to Object to Exemptions:
**Thirty (30) days after the *conclusion* of the meeting of creditors.**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. If you believe that this stay should be modified or lifted, you may file a motion seeking such relief from the Court.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

**Foreign Creditors:** A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File A Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>455 Federal Bldg<br>2 South Main Street<br>Akron, OH 44308 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth J. Hirz |
|---|---|
| Hours Open:  Monday − Friday 9:00 AM − 4:00 PM | Date:  August 30, 2010 |

| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
|---|---|
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.<br><br>Creditors who wish to be notified of abandonment proceedings must file a written request for notice with the Court prior to the conclusion of the 11 U.S.C. § 341 meeting. Otherwise, the Court may order abandonment with notice only to affected parties. See L.B.R. 2002–1(a). |
| Presumption of Abuse | If the presumption of abuse arises, creditors have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side which is 60 days after the initial date on which the meeting of creditors is scheduled. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Sep 01, 2010.
```
db/db      +Shelton Brown Hill,    Angelia Yvette Hill,    1264 Cordova,    Akron, OH 44320-3244
aty         Robert M Whittington, Jr,    159 S Main St,    Key Bldg,    #1023,    Akron, OH  44308-1318
tr         +Kathryn A Belfance,    Akron,    1 Cascade Plaza,    15th Floor,    Akron, OH 44308-1136
19914890    A.T. & T.,    P.O. Box 944050,    Maitland, FL 32794-4050
19914891   +Akron General Medical Center,    400 Wabash Ave.,    Akron, OH 44307-2463
19914892   +Akron Utilities Bureau,    P.O. Box 3665,    Akron, OH 44309-3665
19914895   +Barberton Citizens Hospital,    155 E. 5th St., N.E.,    Barberton, OH 44203-3398
19914898   +Center for Urologic Health,    320 W. Exchange,    Akron, OH 44302-1709
19914900    Chase,    P.O. Box 24696,    Columbus, OH 43224-0696
19914904    Cigna Tel-Drug,    P.O. Box 1019,    Horsham, PA 19044-8019
19914906   +Dept. Stores Nat'l. Bank,    Macy's,    P.O. Box 8218,    Mason, OH 45040-8218
19914907   +Dominion East Ohio,    P.O. Box 26785,    Richmond, VA 23261-6785
19914908   +Dynamic Footcare,    554 White Pond Dr. A,    Akron, OH 44320-1146
19914909   +First Energy,    341 White Pond Dr. Bldg. B3,    Akron, OH 44320-4200
19914910    Foot and Ankle Institute,    30575 Euclid Ave.,    Willowick, OH 44092-1037
19914912    Goodyear CBSD,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
19914913   +HSBC Mortgage,    P.O. Box 3424,    Buffalo, NY 14240-3424
19914914   +Huntington Nat'l Bank,    P.O. Box 1558,    Columbus, OH 43216-1558
19914918    NARS,    P.O. Box 701,    Chesterfield, MO 63006-0701
19914919   +Ohio Edison,    1910 W. Market St.,    Akron, OH 44313-6935
19914922   +PNC Bank,    I Cascade Plaza,    Akron, OH 44308-1136
19914921   +PNC Bank,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
19914924    PNC Bank,    P.O. Box 3429,    Pittsburgh, PA 15230-3429
19914923   +PNC Bank,    One NCC Pkwy,    Kalamazoo, MI 49009-8003
19914920   +Payment Monitoring Svc.,    P.O. Box 4187,    Akron, OH 44321-0187
19914925   +Professional Credit Control,    for Radiology and Imaging,    P.O. Box 931286,
             Cleveland, OH 44193-1494
19914926    Radio Shack,    Processing Center,    Des Moines, IA 50364-0001
19914927   +Revenue Group,    3700 Park East Dr. #240,    Beachwood, OH 44122-4343
19914931    SPI Opthalmology Ctr.,    P.O. Box 76181,    Cleveland, OH 44101-4755
19914930    Sony Playstation Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
19914932    Sterling Jewelers,    P.O. Box 3680,    Akron, OH 44309-3680
19914933    Summa Health System,    Barberton Hosp.,    P.O. Box 71-4139,    Columbus, OH 43271-4139
19914935   +Team Recovery,    3914 Clock Pointe Trail,    Suite 101,    Stow, OH 44224-2931
19914937   +UCB Collections,    5620 Southwyck Blvd.,    Toledo, OH 43614-1501
```

The following entities were noticed by electronic transmission on Aug 30, 2010.
```
19914893    EDI: ARSN.COM Aug 30 2010 18:08:00    Associated Recov. Systems,    for CitiBank SD,
             P.O. Box 469046,    Escondido, CA 92046-9046
19914897   +EDI: CHASE.COM Aug 30 2010 18:08:00    BP Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
19914894    EDI: BANKAMER.COM Aug 30 2010 18:03:00    Bank of America,    P.O. Box 15026,
             Wilmington, DE 19850-5026
19914896   +EDI: HFC.COM Aug 30 2010 18:03:00    Best Buy HSBC,    1111 North Town Center Drive,
             Las Vegas, NV 89144-6364
19914899    EDI: CHASE.COM Aug 30 2010 18:08:00    Chase,    P.O. Box 15153,    Wilmington, DE 19886-5156
19914901   +EDI: CHASE.COM Aug 30 2010 18:08:00    Chase Bank,    P.O. Box 15298,    Wilmington, DE 19850-5298
19914902    EDI: CHASE.COM Aug 30 2010 18:08:00    Chase Cardmember Service,    P.O. Box 15548,
             Wilmington, DE 19886-5548
19914903    EDI: CHASE.COM Aug 30 2010 18:08:00    Chase Marathon,    P.O. Box 15298,
             Wilmington, DE 19850-5298
19914905   +EDI: CITICORP.COM Aug 30 2010 18:03:00    CitiPlatinum Select Card,    P.O. Box 6500,
             Sioux Falls, SD 57117-6500
19914911   +EDI: RMSC.COM Aug 30 2010 18:03:00    GEMB JC Penney,    P.O. Box 981402,
             El Paso, TX 79998-1402
19914915    EDI: RMSC.COM Aug 30 2010 18:03:00    J.C. Penney GE Money Bank,    P.O. Box 981131,
             El Paso, TX 79998-1131
19914916   +E-mail/Text: ebnsterling@weltman.com                      Kay Jewelers,    375 Ghent Rd.,
             Akron, OH 44333-4600
19914917    EDI: RMSC.COM Aug 30 2010 18:03:00    Lowes GE Money Bank,    P.O. Box 981401,
             El Paso, TX 79998-1401
19914928   +EDI: SEARS.COM Aug 30 2010 18:03:00    Sears CitiBank,    P.O. Box 6282,
             Sioux Falls, SD 57117-6282
19914929   +EDI: SEARS.COM Aug 30 2010 18:03:00    Sears Citibank SD,    701 E. 60th St. N.,
             Sioux Falls, SD 57104-0432
19914934    Fax: 330-470-3746 Aug 30 2010 21:26:27    Summa Physicians,    P.O. Box 76181,
             Cleveland, OH 44101-4755
19914936   +E-mail/Text: crystal.womack@twcable.com                   Time Warner Cable,
             5520 Whipple Ave., N.W.,    North Canton, OH 44720-7700
                                                                                 TOTAL: 17
```

```
       ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2010**                    **Signature:**